# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 10, 2016

Robert P. Young, Jr.,
Chief Justice

153413(71)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

NEXTEER AUTOMOTIVE CORPORATION,
        Plaintiff/Counter-Plaintiff/Third-
        Party Defendant-Appellee,

v

SC: 153413
COA: 324463
Saginaw CC: 13-021401-CK

MANDO AMERICA CORPORATION, TONY
DODAK, THEODORE G. SEEGER, TOMY
SEBASTIAN, CHRISTIAN ROSS, KEVIN
ROSS, ABRAHAM GEBREGERIS,
RAMAKRISHNAN RAJA
VENKITASUBRAMONY, TROY STRIETER,
JEREMY J. WARMBIER, and SCOTT
WENDLING,
        Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of Michigan Defense Trial Counsel, Inc. to participate as amicus curiae and file a brief in support of the application for leave to appeal is GRANTED. The amicus brief submitted on June 8, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 10, 2016

